UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR- ( )( ) |
| Craig Zabala, | 20 MAG 10194 |
| Defendant(s). | |

------------------------------------------------------------X

Defendant __Craig Zabala_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

__X__  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__  Bail/Detention Hearing

__X__  Conference Before a Judicial Officer


/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Craig Zabala
_____
Print Defendant's Name


_____
Defendant's Counsel's Signature

Michael P. Kelly
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

9/24/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge